**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

m 00-30655

_____

DIANNE HILL,

Appellant,

VERSUS

U.S. TRUSTEE; EUGENE HASTINGS, Trustee;
FRAN STRANGE, Assistant Trustee; MOREHOUSE GENERAL HOSPITAL,

Appellees.

* * * * * * * * * * * * * *

DIANNE HILL,

Appellant,

VERSUS

EUGENE HASTINGS, Trustee; FRAN STRANGE, Assistant Trustee;
MOREHOUSE GENERAL HOSPITAL,

Appellees.

* * * * * * * * * * * * * *

DIANNE HILL,

Appellant,

VERSUS

EUGENE HASTINGS,

Appellee.

_____

Appeal from the United States District Court
for the Western District of Louisiana
m 99-CV-2113
_____
November 13, 2001

Before BALDOCK,[*] SMITH, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[**]


In this bankruptcy matter, Diane Hill contests her removal as trustee, a finding of contempt, and the denial of compensation. We have reviewed the briefs and applicable portions of the record and have heard the arguments of counsel. We conclude that neither the district court nor the bankruptcy court committed reversible error.

The judgment, accordingly, is AFFIRMED.

_____

[*] Circuit Judge of the Tenth Circuit, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.